**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-12827 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | EILEEN K. FIELD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Quinton E Wilson | | | | Date Filed (f) or Converted (c): | 07/29/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/07/2016 |
| For Period Ending: | 01/16/2019 | | | | Claims Bar Date: | 12/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence at 3290 Pitzer Road, Bethel, OH 45106 | 140,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 2004 Dodge Intrepid | 1,525.00 | 0.00 | | 0.00 | FA |
| 3. 2001 Ford F350 Truck | 200.00 | 0.00 | | 0.00 | FA |
| 4. 1998 Chevrolet Silverado | 100.00 | 0.00 | | 0.00 | FA |
| 5. Leased 2012 Dodge Ram 2500 | Unknown | 0.00 | | 0.00 | FA |
| 6. Couch and Stove | 100.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 8. 2 Dogs | Unknown | 0.00 | | 0.00 | FA |
| 9. Reading Glasses | Unknown | 0.00 | | 0.00 | FA |
| 10. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 11. Huntington Checking Account | 368.96 | 0.00 | | 0.00 | FA |
| 12. Millville Gas & Convenient Inc. | Unknown | 0.00 | | 0.00 | FA |
| 13. 2015 State and Federal Tax Refunds | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2016 Federal Tax Refund | Unknown | 0.00 | | 0.00 | FA |
| 15. 2016 State Tax Refund | Unknown | 0.00 | | 0.00 | FA |
| 16. Claim for Deceptive Trade Practices<br><br>Lawsuit was previously filed against several individuals and entities in Butler County Common Pleas Court. | Unknown | 0.00 | | 0.00 | 2,000,000.00 |
| 17. Account Receivables | Unknown | 0.00 | | 0.00 | FA |
| 18. Business Equipment/Tools - 4 Chains, 8 Straps, 4 Binders | 200.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $142,713.96 | $0.00 | $0.00 | $2,000,000.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/18 The case in Butler County Common Pleas Court is still pending, and the trial date has been continued to March 11, 2019. The Trustee cannot accurately value the asset at this time, but the Complaint prays for an amount in excess of $2,000,000.00.

12/31/17 Per Special Counsel, the Complaint was filed in Butler County, Ohio Common Pleas Court on 6/21/17 and answers were filed.  Case moving along per Special Counsel; discovery deadline is 5/3/18 and trial date set for 9/10/18.

2/22/17  Debtor has a claim for deceptive trade practices against Findlay Ventura Oil, for which a lawsuit was previously filed.  Trustee filed an Application to Employ Special Counsel to re-file the lawsuit, which Application was granted by Court Order of 1/13/17.

Initial Projected Date of Final Report (TFR): 06/30/2018         Current Projected Date of Final Report (TFR): 12/31/2019

Trustee Signature:        /s/ EILEEN K. FIELD, TRUSTEE        Date: 01/16/2019

EILEEN K. FIELD, TRUSTEE
EILEEN FIELD LAW OFFICES LLC
3991 HAMILTON MIDDLETOWN ROAD
SUITE U
HAMILTON, OH  45011
(513) 684-9000
eileenfield.trustee@fuse.net